IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **12-cv-00995-JLK**

**KELLY WILLERDING,**
    Plaintiff,

v.

**RICHARD E. STEGER** and **HTC EXPRESS, INC.,**
    Defendants.

ORDER

This matter is currently before me on Defendants' Unopposed Motion to Amend Caption and Drop Party (doc. 9). Having reviewed the motion and finding good cause appearing, the motion is GRANTED.

The case caption is amended to remove the defendant designated as "Heartland Trading Company, Inc. a/k/a HTC Express, Inc." and to reflect the proper name of the entity as "HTC Express, Inc." Heartland Trading Company, Inc. is no longer a defendant in this matter. The amendment shall relate back to the date of the original pleading.

Dated: June 4, 2012                     BY THE COURT:

                                        **s/John L. Kane**
                                        Senior U.S. District Court Judge