IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00995-JLK-KLM

KELLEY WILLERDING,

    Plaintiff,

v.

RICHARD E. STEGER, and
HTC EXPRESS, INC.,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' Motion to Excuse Defendant Parties' Attendance at Settlement Conference Scheduled for August 2, 2012** [Docket No. 19; Filed July 27, 2012] (the "Motion"). As an initial matter, the Motion does not comply with D.C.COLO.LCivR 7.1A., which alone is a basis for denial. Nevertheless, in the interest of judicial economy,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED** as follows. Defendants are excused from in-person attendance at the Settlement Conference set for August 2, 2012. However, a representative of Defendant HTC Express, Inc. must be available by telephone throughout the duration of the conference, and sanctions may be imposed if Defendant HTC Express, Inc. does not comply with this instruction. The Court notes that an adjuster from Defendants' insurance carrier will attend the conference in person.

    Dated:  July 30, 2012