IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **12-cv-00995-JLK**

**KELLY WILLERDING,**
          Plaintiff,

v.

**RICHARD E. STEGER** and **HTC EXPRESS, INC.,**
          Defendants.

_____

## ORDER CONCERNING JURY INSTRUCTIONS
_____

Kane, J.

          As explained in my Civil Pretrial and Trial Memorandum[1], I instruct the jury in full

before opening arguments, as well as during and after trial.  Accordingly, any Jury Instructions

that the parties presently anticipate as being "[reserved]" should be submitted ahead of time.

Such instructions will not, in fact, be reserved for use only during trial, but rather will be given

before, during as appropriate, and after trial.  Parties shall amend and supplement their Proposed

Jury Instructions, Doc. 39, with any Jury Instructions presently believed to fall into a

"[reserved]" category, such as limiting instructions.  For an example of how this works, please

see Doc. 124-1 in *Etter v. Bibby*, 10–CV–00557.  The amended Proposed Jury Instructions are

due on or by August 12, 2013.


DATED:        July 9, 2013                    BY THE COURT:

                                             *s/John L. Kane*
                                             John L. Kane, U.S. Senior District Judge

_____

[1] Available at http://www.cod.uscourts.gov/Portals/0/Documents/Judges/JLK/jlk_Civil-Procedures.pdf